UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 17-8-DLB-EBA

TODD BONDS                                                                        PLAINTIFF

V.                                **ORDER ADOPTING**
                               **REPORT AND RECOMMENDATION**

JAMES DALEY, et al.                                              DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 51), wherein he recommends that the Court deny Plaintiff Todd Bonds' Motion for Summary Judgment (Doc. # 40), grant Defendants James Daley and Marc Brandt's Motion for Summary Judgment (Doc. # 41), and grant Defendants' Motion to Declare Plaintiff a Vexatious Litigator. (Doc. # 44). No objections having been filed[1], and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

      **IT IS ORDERED** as follows:

      (1)   The Report and Recommendation (Doc. # 51) of the United States Magistrate Judge is **adopted** as the Opinion of the Court;

---

[1] Although Plaintiff filed a Notice of Appeal of Magistrate Judge Atkins' R&R (See Doc. # 52), the R&R was not a final and appealable Order. In any event, no substantive objections of any kind have been filed by Plaintiff to the R&R.

1

(2) Plaintiff Todd Bonds' Motion for Summary Judgment (Doc. # 40) is **denied**;

(3) Defendants James Daley and Marc Brandt's Motion for Summary Judgment (Doc. # 41) is **granted**;

(4) Defendants' Motion to Declare Plaintiff a Vexatious Litigator (Doc. # 44) is **granted.** Plaintiff is **enjoined** from filing any future pro se civil actions in this Court without the prior written authorization of the Court. The Clerk of Court **shall refuse to file or docket** any civil complaint, regardless of how styled or the basis for relief sought, unless the Court authorizes the filing of such action. To obtain such authorization, Plaintiff must:

(a) Send a one-page letter to the Court requesting permission to file suit;

(b) Include a typewritten complaint, of a form Civil Rights complaint [E.D.KY. Form 520], which must describe the facts of his case and his claims with reasonable particularity; and

(c) Pay the required fees;

(5) Plaintiff is **permanently barred and enjoined** from proceeding *in forma pauperis* before the Court; and

(6) A Judgment in favor of Defendants will be entered contemporaneously herewith.

This 24th day of May, 2018.



Signed By:
<u>David L. Bunning</u>   DB
United States District Judge

K:\DATA\ORDERS\Cov17\17-8 Order Adopting R&R.docx